# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Aguilar Rodriguez,<br>a.k.a.: Jose Aguilar-Rodriguez,<br>a.k.a.: Jose Luis Aguilar-Rodriguez,<br>(A 201 227 922)<br>*Defendant* | )<br>)<br>) Case No. 16-7422MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 12, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 15, 2016

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On November 12, 2016, Jose Luis Aguilar Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about December 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 12, 2016, at or near Phoenix, in the District of Arizona, Jose Luis Aguilar Rodriguez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 12, 2016, Jose Luis Aguilar Rodriguez was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Aguilar Rodriguez was examined by ICE Deportation Officer E. Fontanez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 13, 2016, Aguilar Rodriguez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Aguilar Rodriguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Aguilar Rodriguez to be a citizen of Mexico and a previously deported criminal alien. Aguilar Rodriguez was removed from the United States to Mexico through Del Rio, Texas, on or about December 19, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Aguilar Rodriguez in any Department of Homeland

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Aguilar Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Jose Luis Aguilar Rodriguez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Aguilar Rodriguez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Aguilar Rodriguez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Aguilar Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

5. On November 13, 2016, Jose Luis Aguilar Rodriguez was advised of his constitutional rights. Aguilar Rodriguez freely and willingly agreed to provide a statement under oath. Aguilar Rodriguez stated that his true and complete name is Jose Luis Aguilar Rodriguez and that he is a citizen of Mexico. Aguilar Rodriguez stated that he illegally entered the United States three years ago, through "Zonora," without inspection by an immigration officer. Aguilar Rodriguez further stated that he had been removed from the United States to Mexico and did not receive permission

from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 12, 2016, Jose Luis Aguilar Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about December 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 12, 2016, at or near Phoenix, in the District of Arizona, Jose Luis Aguilar Rodriguez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 15th day of November, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge